UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Civil No. 12-20683
Honorable Robert H. Cleland
Magistrate Judge Laurie J. Michelson

vs

DAVID CROSSMAN

        Defendant.
_____/

## ORDER

At a session of said Court held in the
U. S. District Court, County of Wayne
on      APR 0 5 2013

PRESENT: HONORABLE:    ROBERT H. CLELAND
                             United States District Court Judge

**IT IS HEREBY ORDERED** that Patricia Carroll, paralegal for the law firm of Raymond R. Burkett, Burkett & Associates, attorney for defendant in the above cause, has permission to have professional visits with the Defendant, David Crossman; and to also obtain information and/or exchange information from the Defendant concerning his case. Defendant is currently incarcerated in the Wayne County Jail.

**IT IS FURTHER ORDERED** that this Order is in effect until closure of the above-referenced cause.

                                                   UNITED STATES DISTRICT COURT JUDGE